STATE OF NEW JERSEY v. FRANK A. LEE.

April 19, 1989.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration of its judgment in light of an apparent confusion in the record in respect of this defendant's background and that of his co-defendant.

STATE OF NEW JERSEY v. HENRY MARTIN WALLACE.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HUMBERTO MORALES.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD B. ORENGO.

April 19, 1989.

Petition for certification denied.